S90G0875. MOTOR CONVOY, INC. v. BRANNEN et al.
(393 SE2d 262)

WELTNER, Justice.

We granted certiorari to the Court of Appeals in *Motor Convoy, Inc. v. Brannen,* 194 Ga. App. 795 (391 SE2d 671) (1990), to determine:

> Whether a consent judgment between the plaintiff and a joint tort-feasor defendant who is a resident divests a court of personal jurisdiction over a remaining co-defendant who is a nonresident joint tort-feasor.

In the absence of collusion, the question must be answered in the negative.

*Judgment affirmed. All the Justices concur.*

DECIDED JULY 12, 1990.

*Newton, Smith, Durden, Kaufold & McIntyre, Wilson R. Smith,* for appellant.
*Richard D. Phillips,* for appellees.